UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 2S:15-cr-4-FtM-38CM

TRAVIS RIDDLE

_____

**PRELIMINARY ORDER OF FORFEITURE**

The United States moves under 21 U.S.C. § 853, as incorporated by 21 U.S.C. § 970, for a preliminary order of forfeiture for the following asset, which upon entry will be a final order of forfeiture as to the defendant:

> One (1) Samsung Galaxy S4 Cellular Telephone containing the following identifiers: Model: SPH-L720; DEC: 256 691 488 807 946 384; HEX: 990 003 487 940 90, and a 16 gigabyte (GB) SanDisk Micro SD card with serial number 3195SG03V0KX, and a "Sprint" brand SIM Card with ICC ID: 89011200000193078960.

Defendant Travis Riddle pled guilty and was adjudged guilty of attempting to import into the United States a controlled substance, namely Dimethyltryptamine (DMT), in violation of 21 U.S.C. §§ 952(a), 960(a)(1), 960(b)(3), and 963, as charged in Count Two of the Superseding Indictment.

The United States has established that the Samsung Galaxy S4 cellular telephone was used to commit, or to facilitate the commission of, the offense charged in Count Two. Thus, the United States has established the requisite nexus between the defendant's crime of conviction and the property identified above, and the government is now entitled to possession of this asset, pursuant to

the provisions of 21 U.S.C. § 853 and Rule 32.2(b)(2), Federal Rules of Criminal Procedure.

Accordingly, it is **ORDERED:**

The motion of the United States is **GRANTED**.

Pursuant to 21 U.S.C. § 853, as incorporated by 21 U.S.C. § 970, and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, the Samsung Galaxy S4 cellular telephone described above is **FORFEITED** to the United States of America for disposition according to law.

The Court retains jurisdiction to enter any orders necessary for the forfeiture and disposition of this asset, and to address any third party interests that may be asserted.

**DONE** and **ORDERED** in Fort Myers, Florida, this 6th day of January, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to: All Parties/Counsel of Record