UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                                                         CASE NO: 2:15-cr-4-FtM-38CM

TRAVIS RIDDLE

| JUDGE: | Sheri Polster Chappell | COUNSEL FOR GOVERNMENT | MICHAEL BAGGE HERNANDEZ |
|---|---|---|---|
| DEPUTY CLERK: | Leslie M. Friedmann | COUNSEL FOR DEFENDANT: | RUSSELL ROSENTHAL |
| COURT REPORTER | Lori Bundy | | |
| DATE/TIME | January 19, 2016 at 10:00 AM | | |

## SENTENCING Hearing

Start Time:   10:00 AM  Court convenes.  Michael Bagge Hernandez, AUSA, appeared on behalf of the Government. Russell Rosenthal, AFPD, appeared on behalf of the Defendant.  Defendant is present.  The parties discuss the adjustments to be made to the presentence report.  Court discusses the implementation of the safety valve provision.  Court outlines the adjustments made to the presentence report for the record.  Counsel provides argument regarding the issue.

The Court and the parties discuss issues pertaining to the presentence report and the objections laid out by the Government. Defense Counsel argues the Court should not entertain the objections as it is untimely.

10:07 AM Court takes a brief recess.

10:15 AM Court reconvenes.  Court addresses the Government's objection to the base offense level.  For the reasons stated on the record, the sentencing is continued to February 22, 2016 at 1:30 PM.  This will allow ample time for the objections to be filed and for Defense Counsel to call additional witnesses if necessary. The Clerk is directed to issue a notice rescheduling hearing accordingly.

Defendant is reminded of his responsibility to comply with the conditions of bond previously imposed.

END TIME:  10:26 AM