UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                    CASE NO: 2:15-cr-4-FtM-38CM

TRAVIS RIDDLE

| Judge: | Sheri Polster Chappell | Counsel for Government | Michael Bagge-Hernandez |
|---|---|---|---|
| Deputy Clerk: | Leslie M. Friedmann | Counsel for Defendant: | Russell K. Rosenthal |
| Court Reporter | Lori Bundy | Pretrial/Probation | Kelly Primrose |
| Date/Time | March 28, 2016 09:30 AM | | |

## Sentencing

Start Time:   9:28 AM   Court convenes.  Court discusses the base offense level and matters contained in the presentence report.  The Government relies on the probation officer's application of the guidelines.  Defense Counsel calls witness Dr. Gregory Dudley.  Witness sworn.

9:32 AM   Direct examination of Dr. Gregory Dudley begins by defense counsel. Witness deemed as expert.

10:42 AM   Testimony of witness Dr. Gregory Dudley concludes.

Court discusses other objections raised by the defense.

Court hears argument regarding what has come into evidence as to the base offense level.

11:23 AM   Court finds the entire weight of the root bark should not be used in the DMT drug weight calculation and outlines it's reasoning for the record. Defense Counsel withdraws the 1/28/2016 objection to including or excluding amount.  For the reasons stated on the record, the total offense level is 10 with a criminal history category of 1.

11:31 AM   The Government does not object to the factual accuracy and the Court notes the Government's objections to the court's ruling.  Court then adopts the factual statements contained in the presentence report.

11:33 AM   Defense Counsel makes an argument regarding the imposition of sentence and argues for a variance.  Defense calls Defendant's mother as a witness.  Witness sworn.

11:49 AM   Defendant makes a statement regarding the imposition of sentence.

11:53 AM    Government opposes the imposition of a variance in this case. Government provides argument.

11:59 AM    Court takes a brief recess.

12:16 PM    Court reconvenes.  For the reasons stated on the record, the Court imposes the following sentence:

**HOME DETENTION:**

The Defendant is hereby sentenced to a term of **6 months home detention**, followed by an additional 6 months of previously imposed curfew and conditions.

**SUPERVISED RELEASE:**

The Defendant is sentenced to a term of **3 years**.

*Special conditions of supervised release:*

The Defendant shall cooperate in the collection of DNA.

The defendant shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive.

The defendant shall submit to a search of his person, residence, place of business, any storage units under the defendant's control, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release.

The defendant shall perform **500 hours** of community service as a condition of supervision

The defendant shall provide the probation officer access to any requested financial information.

The mandatory drug testing requirements of the Violent Crime Control Act are imposed.  The Court orders the defendant to submit to random drug testing not to exceed 104 tests per year.

**FORFEITURE:**   Property contained within the Order of Forfeiture (Doc. #89).

**SPECIAL ASSESSMENT** of $200.00 due immediately.

The Defendant is advised of his right to appeal and instructed to report to probation.

End time:    12:30 PM