UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

Government _____

Case No. 2:15-CR-4-FTM-38CM

v.

TRAVIS RIDDLE

Defendant(s), _____

_____ Evidentiary
_____ Trial
X Other/SENTENCING

## EXHIBIT LIST

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| A | 3/28/2016 | 3/28/2016 | | Defendant Photograph |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |